IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHARLES SWIFT, and ARNETTA SWIFT, | ) ) ) | |
| Plaintiffs, | ) ) | 8:16CV293 |
| V. | ) ) | |
| EUSTACHIA MOSS, individually and officially, and MICHELLE ADAMS, individually and officially, | ) ) ) ) | **MEMORANDUM AND ORDER** |
| Defendants. | ) ) ) | |

This matter is before the court on Plaintiff Charles Swift's Motion for Leave to Appeal in Forma Pauperis (Filing No. 11). Plaintiff filed a Notice of Appeal (Filing No. 10) on October 17, 2016. Plaintiff appeals from the court's Memorandum and Order dated October 11, 2016 (Filing No. 8), in which the court dismissed this matter.

As set forth in Federal Rule of Appellate Procedure 24(a)(3):

> (a) Leave to Proceed in Forma Pauperis . . .
>
> > (3) Prior Approval. A party who was permitted to proceed in forma pauperis in the district-court action, or who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal in forma pauperis without further authorization, unless:
> >
> > > (A) the district court--before or after the notice of appeal is filed--certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or

finding . . . .

The court finds that because Plaintiff proceeded IFP in the district court, he may now proceed on appeal in forma pauperis without further authorization.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion for Leave to Appeal in Forma Pauperis (Filing No. 11) is granted.

2. The Clerk of Court shall provide the Eighth Circuit Court of Appeals with a copy of this order.

DATED this 18th day of October, 2016.

BY THE COURT:

S/ *Richard G. Kopf*
Senior United States District Judge